UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAMES P. MCCAUGHEY,

                Plaintiff,

   - against -

TOWN OF SOUTHAMPTON, SOUTHAMPTON TOWN POLICE DEPT., NEW YORK STATE, NEW YORK STATE POLICE DEPT., SOUTHAMPTON VILLAGE, SOUTHAMPTON VILLAGE POLICE DEPT., RIVERHEAD TOWN, RIVERHEAD TOWN POLICE DEPT., SFFOLK COUNTY, SUFFOLK COUNTY POLICE DEPT., and NYCLU- NEW YORK CIVIL LIBERTIES UNION,

                Defendants.

-----------------------------------------------------------------X

**JUDGMENT**
CV-10-3680 (SJF)(WDW)

      An Order of Honorable Sandra J. Feuerstein, having been filed on September 29, 2011, dismissing this case with prejudice for failure to prosecute and for failure to comply with the Court's order, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; and that this case is dismissed with prejudice for failure to prosecute and for failure to comply with this Court's order.

Dated: Central Islip, New York
       October 3, 2011

                                                             DOUGLAS C. PALMER
                                                            CLERK OF THE COURT

                                  By:    /s/ Catherine Vukovich
                                              Deputy Clerk